**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| In Re:<br><br>Ottis P. Minchew<br><br>*Debtor* | Case No.: 24-10836-LSS<br>Chapter 13 |

**ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME
TO FILE AMENDED CHAPTER 13 PLAN**

Upon consideration of the Debtor's Motion for Extension of Time to File Amended Chapter 13 Plan, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED**, that the deadline for the Debtor to file an amended Chapter 13 plan is extended for a period of thirty (30) days from the date of this Order.

cc:  Debtor
     Debtor's Counsel
     Timothy P. Branigan – Chapter 13 Trustee
     U.S. Trustee

**END OF ORDER**