**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| In re:<br><br>Ottis P. Minchew,<br><br>       *Debtor* | Case No.:  24-10836 -LSS<br>Chapter 13 |

**ORDER SUSTAINING OBJECTION TO CLAIM OF
<u>U.S. DEPARTMENT OF EDUCATION/MOHELA</u>**
(Claim No. 4)

Upon consideration of the Objection to Claim of U.S. Department of Education/MOHELA ("Claim No.: 4, the "Objection," U.S. Department of Education/MOHELA is referred to herein as "DOE") filed by Ottis P. Minchew ("Debtor"), any opposition thereto; proper notice having been provided, and the Court having determined that in light of the Debtor's representation that the purpose of the Objection is solely to request that this Court disallow Claim No. 4 for the payment treatment during this case, the relief requested in the Objection appears appropriate under the circumstances, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Objection is SUSTAINED, and it is further

**ORDERED**, that Claim No. 4 will be disallowed for the purposes of Debtor's Chapter 13 plan only, and that the Debtor's and DOE's rights relative to the debt listed in Claim No. 4 will not be altered by this bankruptcy case.

**END OF ORDER**

cc: Debtor
 Debtor's Counsel
 U.S. Trustee
 Chapter 13 Trustee
 U.S. Department of Education/MOHELA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

Ottis P. Minchew,

       *Debtor*

Case No.: 24-10836 -LSS
Chapter 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 20th day of July, 2024, a copy of the foregoing Objection, Proposed Order, and any exhibits was sent via the court's CM/ECF system to the following:

Timothy P. Branigan
*Chapter 13 Trustee*

I FURTHER CERTIFY that on this 20th day of July, 2024, a copy of the foregoing Objection, **Proposed Order,** and any exhibits, was served via first-class mail, postage prepaid, to all parties and creditors listed below:

US Department of Education/MOHELA
633 Spirit Drive
Chesterfield, MO 63005

US Department of Education/MOHELA
c/o Ursula Davies
633 Spirit Drive
Chesterfield, MO 63005

US Department of Education
c/o U.S. Attorney for the District of Maryland
6406 Ivy Lane Suite 800
Greenbelt, MD 20770

                                          */s/ Eric S. Steiner*
                                          Eric S. Steiner